KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7063
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> QUETZALLI MAGANA, <br>     Defendant. | No. 06 595 PJH <br><br> [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM OCTOBER 11, 2006 TO NOVEMBER 1, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status conference for the setting of a trial date on November 1, 2006 at 2:30P.M. before the Honorable Phyllis J. Hamilton, United States District Court Judge, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 11, 2006 to November 1, 2006. The parties agree, and the Court finds and holds, as follows:

    1. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Counsel for the defense believes that delay in this matter is in his client's best interest, to permit his request, receipt and review of discovery.

4.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 11, 2006 to November 1, 2006 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a status conference for the purposes of setting a trial date on November 1, 2006 at 2:30 P.M., and (2) orders that the period from October 11, 2006 to November 1, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 10/13/06              /S/
                             GEOFF HANSEN
                             Attorney for Defendant

DATED: 10/13/06              /S/
                             BLAKE D. STAMM
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: Oct. 17, 2006         _____
                             HON. PHYLLIS J. HAMILTON
                             United States District Court Judge