FILED

JAN 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **vs.** ) | **Docket Number:** CR 06-00595-1 PJH |
| **Quetzalli Magana** ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ February 21, 2007 _____ be continued until _____ March 21, 2007 _____ at _____ ~~2:00 p.m.~~ 2:30 p.m. _____.

Date: 1/25/07 _____

_____
Phyllis J. Hamilton
United States District Judge

NDC-PSR-009 12/06/04